# ALABAMA COURT OF CRIMINAL APPEALS



December 20, 2024

**CR-2024-0227**
Harrison Cromwell III v. State of Alabama (Appeal from Jefferson Circuit Court: CC-07-4467.67, CC-07-4468.67, and CC-07-4469.67)

## <u>NOTICE</u>

You are hereby notified that on December 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk